# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Writer's Direct Dial & Email
(973) 228-0391
mrm@mazieslater.com

December 27, 2023

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

*Via ECF*
Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom MLK 2C
Newark, NJ 07101

Re:  **Niemczyk v. Pro Custom Solar LLC**
     Docket No. 2:19-cv-7846-ES-MAH

     **Walters, et al. v. Pro Custom Solar LLC**
     Docket No. 2:22-cv-0247-ES-MAH

Dear Judge Hammer:

Pursuant to the December 5, 2023 Text Order (Dkt. No. 148), the parties have agreed on the following briefing schedule for the anticipated motion for class certification:

- April 5, 2024 – Plaintiffs to serve, but not file, their motion for class certification;

- May 31, 2024 – Defendant to serve, but not file, its opposition to the motion for class certification;

- June 28, 2024 – Plaintiffs' reply in support of class certification and all previous briefing to be filed.

If this proposed schedule is acceptable to the Court, we respectfully request that it be "so ordered."

SO ORDERED
s/Michael A. Hammer
Michael A. Hammer, U.S.M.J.

Date: 1/2/2024