# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS NIEMCZYK, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>PRO CUSTOM SOLAR LLC, d/b/a MOMENTUM SOLAR<br><br>Defendant. | Civil Action No. 2:19-cv-7846-ES-MAH<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES AND SERVICE AWARDS** |
| HERBERT WALTERS, RICK HILL, and BARRY WOLFORD, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PRO CUSTOM SOLAR LLC, d/b/a MOMENTUM SOLAR<br><br>Defendant. | Civil Action No. 2:22-cv-00247-ES-MAH |

WHEREAS, the Court has granted Plaintiffs' Motion for Final Approval of the Class Action Settlement; and

WHEREAS, Plaintiffs have filed a Motion for an award of Attorneys' Fees, Expenses and Service Awards ("Motion"); and

WHEREAS, the Court having read and considered the Motion, Plaintiffs' Motion is **GRANTED**.

1

2:19-cv-7846-ES-MAH; 2:22-cv-00247-ES-MAH

**IT IS HEREBY ORDERED** as follows:

1. The Court hereby approves Class Counsel's request for attorney fees, costs, and expenses, and awards Class Counsel $ _496,186.49_ as reasonable costs and expenses incurred in this Action and __33.3__ % of the Settlement Fund, after the deduction of administration costs and Class Counsel's expenses, as reasonable attorneys' fees. The Court finds that the requested fees are reasonable under both the percentage of the fund and the lodestar cross-check for the reasons set forth in Plaintiffs' Motion. The award of attorneys' fees and costs to Class Counsel shall be paid from the Settlement Fund within the time period and manner set forth in the Settlement Agreement.

2. The Court hereby awards Class Counsel for their time incurred and expenses advanced. The Court has concluded that: (a) Class Counsel achieved a favorable result for the Class; (b) Class Counsel devoted substantial effort to pre- and post-filing investigation, legal analysis, and litigation; (c) Class Counsel prosecuted the Settlement Class's claims on a contingent fee basis, investing significant time and accumulating costs with no guarantee that they would receive compensation for their services or recover their expenses; (d) Class Counsel employed their knowledge of and experience with class action litigation in achieving a valuable settlement for the Settlement Class, in spite of Defendant's possible legal defenses and its experienced and capable counsel; and (e) the Notice informed Settlement Class Members of the amount and nature of Class Counsel's fee and cost request under the Settlement Agreement, (f) Class Counsel filed and posted their Motion in time for Settlement Class Members to make a meaningful decision whether to object to the Class Counsel's fee request, and (g) no Settlement Class Member(s) objected to said Motion.

3. The Court awards a Service Award payment of $7,500 for Plaintiff Thomas Niemczyk and

2:19-cv-7846-ES-MAH; 2:22-cv-00247-ES-MAH

$5,000 each for Plaintiffs Rick Hill and Barry Wolford pursuant to the terms of the Settlement Agreement.

**IT IS SO ORDERED on this** /8th **day of August, 2025.**

_____
HONORABLE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE